# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| BODEANS CONE COMPANY, L.L.C., BODEANS WAFER COMPANY, L.L.C., and BODEANS BAKING HOLDING COMPANY, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> NORSE DAIRY SYSTEMS, L.L.C., and INTERBAKE FOODS, L.L.C., <br><br> Defendants. | No. C 09-4014-MWB <br><br> **ORDER** |

_____

Because the record is replete with genuine issues of material fact on the issues raised in the defendants' August 3, 2009, Motion For Summary Judgment (docket no. 40), that motion is **denied in its entirety**.

**IT IS SO ORDERED.**

**DATED** this 28th day of August, 2009.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA