# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| BODEANS CONE COMPANY, L.L.C;<br>BODEANS WAFER COMPANY, L.L.C.;<br>BODEANS BAKING HOLDING<br>COMPANY, L.L.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>NORSE DAIRY SYSTEMS;<br>INTERBAKE FOODS L.L.C.,<br><br>Defendants. | Civil No. 5:09-cv-04014 (MWB)<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

Plaintiffs and Defendants have settled their dispute and hereby stipulate to the dismissal, with prejudice and on the merits, of the above-captioned civil action. Plaintiffs and Defendants further stipulate that the Clerk may mark this action dismissed without further notice to the parties.

Dated:  November 16, 2009

*/s/ Craig S. Coleman*
Kimberly J. Walker, Lead Counsel
(Iowa AT0008218)
KWalker@faegre.com
FAEGRE & BENSON LLP
Suite 3100
801 Grand Avenue
Des Moines, Iowa  50309
(515) 248-9002 (telephone)
(515) 248-9010 (facsimile)

John H. Hinderaker (MN # 45305)
JHinderaker@faegre.com
Richard A. Duncan (MN # 192983)
RDuncan@faegre.com
Craig S. Coleman (MN # 325491)
CColeman@faegre.com
Melina Williams (MN # 0387635)
MWilliams2@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000 (telephone)
(612) 766-1600 (facsimile)

*Attorneys for Plaintiffs*

Dated: November 16, 2009

*/s/ Howard Feller*

Howard Feller, Lead Counsel
hfeller@mcguirewoods.com
(VA # 18248)
J. Brent Justus
bjustus@mcguirewoods.com
Anne Marie Cushmac
acushmac@mcguirewoods.com
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
Telephone:  (804) 775-7700
Fax:  (804) 775-1061

Mark McCormick (#AT0005111)
mmccormick@belinlaw.com
Michael R. Reck (#AT0006573)
mrreck@belinlaw.com
BELIN LAMSON MCCORMICK
ZUMBACH FLYNN
666 Walnut Street, Suite 2000
Des Moines, IA  50309
Telephone:  (515) 243-7100
Fax:  (515) 558-0615

*Attorneys for Defendants*

fb.us.4543995.02